ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

MICHAEL G. LAGRAMA (CABN 252734)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7241
    FAX: (415) 436-7234
    Michael.Lagrama@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 3:24-CR-00125-LJC |
| Plaintiff, | UNITED STATES' SENTENICNG MEMORANDUM |
| v. | |
| JAMES DURGIN, | |
| Defendant. | |

This case is set for a change of plea and sentencing hearing on Monday, December 23, 2024. Because defendant James Durgin is charged with a Class B misdemeanor—vandalism within the Special Maritime and Territorial Jurisdiction of the United States in violation of 36 C.F.R. § 2.31(a)(3)—the United States Sentencing Guidelines do not apply to the case.

In accordance with the parties' plea agreement, the United States recommends that Mr. Durgin be sentenced to one year of unsupervised probation with the condition that he stay at least 500 yards away from the vandalized residence in the Presidio of San Francisco, California, and pay a mandatory special assessment fee of $10.00 to the Clerk of the Court on the same day as sentencing. Although Mr. Durgin has prior criminal convictions, such as possession of a controlled substance (2010) and burglary (2011), he does not have any prior violent convictions and his conduct in this vandalism case is minor.

1    Accordingly, the United States recommends that Mr. Durgin be sentenced to one year of

2    unsupervised probation with the requested 500-yard stay away condition and any other standard

3    probation conditions that the Court deems warranted.

4

5    DATED:         December 23, 2024                    Respectfully submitted,

6                                                        ISMAIL J. RAMSEY
                                                         United States Attorney
7

8                                                        _/s/ Michael G. Lagrama_
9                                                        MICHAEL G. LAGRAMA
                                                         Assistant United States Attorney
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28